UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA


VINCENT F. RIVERA,                                    CIVIL NO. 06-4927 (PAM/JSM)

      Plaintiff,

v.                                                                                      ORDER

TIM PAWLENTY, Governor,
MINNESOTA DEP'T OF CORRS.,
U.S. Rep. KEITH ELLISON, and
U.S. Sen. NORM COLEMAN, et al.,

      Defendants.


The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated September 25, 2007. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that this action is SUMMARILY DISMISSED WITHOUT PREJUDICE.


Dated:   October 22, 2007

s/ Paul A. Magnuson
PAUL A. MAGNUSON
United States District Judge